APRIL 13, 1953.

No. 511. CENTRAL RAILROAD CO. OF NEW JERSEY ET AL. v. DEPARTMENT OF PUBLIC UTILITIES, BOARD OF PUBLIC UTILITY COMMISSIONERS, OF NEW JERSEY. Appeal from

the Supreme Court of New Jersey. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Judson C. McLester, Jr.* for appellants. *Theodore D. Parsons,* Attorney General of New Jersey, and *Joseph Harrison,* Special Deputy Attorney General, for appellee.